December 5, 2017

Lyle W. Cayce
Clerk of Court
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: *Whole Woman's Health v. Hellerstedt*, No. 17-50154

Dear Mr. Cayce:

    Plaintiffs-Appellees submit this letter in response to the Court's November 27 request for the parties to brief their "position on whether the timing of the appeal now poses any procedural or practical problem in light of the effective date for SB 8."

    Defendant has today moved to voluntarily dismiss his appeal in light of SB 8's February 1 effective date. Plaintiffs do not oppose this motion, and agree with Defendant that "[g]iven the short time in which the Court would need to reach a decision, . . . the resources of the parties and the courts would be best conserved by dismissing this appeal and returning to trial court."

    Sincerely,

*/s/ David Brown*

| | |
|---|---|
| David Brown | Molly Duane |
| Stephanie Toti | Caroline Sacerdote |
| The Lawyering Project | Center for Reproductive Rights |
| 25 Broadway, 9th Floor | 199 Water St. 22nd Floor |
| New York, NY 10036 | New York, NY 10038 |
| (914) 365-8362 | (917) 637-3631 |
| dbrown@lawyeringproject.org | mduane@reprorights.org |
| stoti@lawyeringproject.org | csacerdote@reprorights.org |
| | |
| Patrick J. O'Connell | J. Alexander Lawrence |
| Texas Bar No. 15179900 | Morrison & Foerster LLP |
| Law Offices of Patrick J. O'Connell PLLC | 250 W. 55th Street |
| 2525 Wallingwood, Bldg. 14 | New York, NY 10019 |
| Austin, Texas 78746 | (212) 336-8638 |
| (512) 852-5918 | alawrence@mofo.com |
| pat@pjofca.com | |

*Attorneys for Plaintiffs-Appellees*