IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

A True Copy
Certified order issued Dec 06, 2017

*Tyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

No. 17-50154

WHOLE WOMAN'S HEALTH; BROOKSIDE WOMEN'S MEDICAL CENTER, P.A., doing business as Brookside Women's Health Center and Austin Women's Health Center; LENDOL L. DAVIS, M.D.; ALAMO CITY SURGERY CENTER, P.L.L.C., doing business as Alamo Women's Reproductive Services; NOVA HEALTH SYSTEMS, INCORPORATED, doing business as Reproductive Services,

      Plaintiffs - Appellees

v.

DOCTOR JOHN HELLERSTEDT, M.D.,

      Defendant - Appellant

Appeal from the United States District Court
for the Western District of Texas

CLERK'S OFFICE:

      Under Fed R. App. P. 42(b), the appeal is dismissed as of December 06, 2017, pursuant to appellant's unopposed motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Nancy F. Dolly, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT